UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>KAILI TUALAU,<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:16-CR-294 JCM (VCF)<br><br>ORDER |

On January 30, 2017, defendant Kaili Tualau filed an unopposed motion for the United States Department of Probation's preparation of a pre-plea presentence report. (ECF No. 35). Defendant requests this report be done "to determine if his prior convictions will trigger the sentencing enhancements pursuant to the Armed Career Criminal Act, 18 U.S.C. § 924(e)(1) or the career offender provision in the Sentencing Guidelines." (*Id.* at 2).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion (ECF No. 35) be, and the same hereby is, GRANTED.

DATED January 31, 2017.

　　　　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**