# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KAILI TUALAU,<br><br>        Defendant. | 2:16-cr-00294-JCM-VCF<br>**ORDER** |

      Before the Court are the Motion to Dismiss Counsel and Appoint New Counsel (ECF No. 39) and Motion to Withdraw and for Appointment of New Counsel (ECF No. 40).

      IT IS HEREBY ORDERED that a hearing on the Motion to Dismiss Counsel and Appoint New Counsel (ECF No. 39) and Motion to Withdraw and for Appointment of New Counsel (ECF No. 40) is scheduled for 1:30 PM, June 6, 2017, in Courtroom 3D.

      The U.S. Marshal is directed to transport defendant to and from the hearing.

      DATED this 31st day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE