FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 6 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:16-cr-00294-JCM-VCF-3 |
| vs. | ) |
| KAILI TUALAU, | ) |
| Defendant. | ) **ORDER** |

On June 6, 2017, this Court granted the MOTION to Withdraw as Attorney (doc. 40).

Accordingly, IT IS HEREBY ORDERED that **GABRIEL L. GRASSO.** is APPOINTED as counsel for Kaili Tualau in place of Angela H. Dows for all future proceedings. Angela H. Dow's office shall forward the file to Mr. Grasso forthwith.

DATED this ___6th___ day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH