1  **RICHARD E. TANASI, ESQ.**
   Nevada Bar No. 9699
2  **TANASI LAW OFFICES**
   601 S. Seventh Street, 2nd Floor
3  Las Vegas, NV 89101
4  Telephone: (702) 906-2411
   Facsimile: (866) 299-5274
5  *Attorney for Defendant TUALAU*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDSBY, JASON; MADRIGAL, BONNIE; REDMOND, RUDY; TUALAU, KAILI<br><br>Defendant. | CASE NO.: **2:16-cr-00294-JCM-VCF**<br><br>STIPULATION AND ORDER JOINING DEFT. TUALAU TO DOC. 88 AND 92 AND AMENDING ORDER DOC. 111 |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through NICHOLAS TRUTANICH, United States Attorney, and RICHARD LOPEZ, Assistant United States Attorneys, and Defendant, KAILI TUALAU, by and through his attorney, RICHARD E. TANASI, ESQ. that, for the purposes of judicial economy and preserve the record for appeal from a final order,[1] Defendant TUALAU shall be deemed to have joined Doc. 88 and Doc. 92 (Motions to Dismiss), and as such, the Order DENYING Doc. 88 and Doc. 92 shall be amended by this Order to DENY Defendant TUALAU's Motion to Dismiss.

DATED this 21st day of MARCH, 2019.

/s/ _____  
NICHOLAS TRUTANICH  
RICHARD LOPEZ  
Assistant United States Attorney

/s/ _____  
RICHARD E. TANASI  
Counsel for Defendant TUALAU

---

[1] *U.S. v. Witten*, 965 F.2d 774 (1992) *citing* 28 U.S.C. § 1291.

- 1 -

**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
*Attorney for Defendant TUALAU*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDSBY, JASON; MADRIGAL, BONNIE; REDMOND, RUDY; TUALAU, KAILI<br><br>Defendant. | CASE NO.:**2:16-cr-00294-JCM-VCF**<br><br>**ORDER JOINING DEFT. TUALAU TO DOC. 88 AND 92 AND AMENDING ORDER DOC. 111** |

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that for the purposes of judicial economy and preserve the record for appeal from a final order,[2] Defendant TUALAU shall be deemed to have joined Doc. 88 and Doc. 92 (Motions to Dismiss), and as such, the Order DENYING Doc. 88 and Doc. 92 shall be amended by this Order to DENY Defendant TUALAU's Motion to Dismiss.

DATED March 27, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[2] *U.S. v. Witten*, 965 F.2d 774 (1992) *citing* 28 U.S.C. § 1291.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of MARCH, 2019 the undersigned served the foregoing **STIPULATION AND ORDER** on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/
An employee of TANASI LAW OFFICES