**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant TUALAU*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDSBY, JASON; MADRIGAL, BONNIE; REDMOND, RUDY; TUALAU, KAILI<br><br>Defendant. | CASE NO.: 2:16-cr-00294-JCM-VCF<br><br>MOTION FOR ORDER PERMITTING GROUP JAIL VISITS |

**Certificate: This Motion is timely.**

COMES NOW, Defendant, JASON GOLDSBY, by and through his attorney, JOSHUA TOMSHECK, ESQ., Defendant BONNIE MADRIGAL, by and through her attorney, JESS MARCHESE, ESQ., RUDY REDMOND, by and through his attorney, LUCAS GAFFNEY, and Defendant KAILI TUALAU, by and through his attorney, RICHARD E. TANASI, ESQ., and hereby file this Motion for Order Permitting Group Jail Visits. This Motion is based upon the following Memorandum of Points and Authorities and the pleadings and papers on file herein.

/ / /

/ / /

## MEMORANDUM AND POINTS OF AUTHORITIES

There are three male and one female defendants in this case. In the past, defense counsel has had to obtain a Court Order for group jail visits involving male and female defendants. [2:18-cr-00001-MMD-CWH, Doc. 159]. The Motion request an Order permitting group jail visits in this case.

Generally, the Sixth Amendment provides: "In all criminal prosecutions, the accused shall enjoy the right . . . to have the Assistance of Counsel for his defence." U.S. Const. Amend. VI. *Frazer v. United States*, 18 F.3d 778, 781 (9th Cir. 1994). "This right has come to be regarded as a sine qua non of our criminal justice system. In 1938, the Supreme Court said: The Assistance of Counsel . . . is one of the safeguards of the Sixth Amendment deemed necessary to insure fundamental human rights of life and liberty. . . . The Sixth Amendment stands as a constant admonition that if the constitutional safeguards it provides be lost, justice will not "still be done." *Id.*

Here, as trial nears, the joint-defense meeting with everyone in the room and on the same page at the same time is critical to effective preparation for a joint strategy, discussion and review of discovery, and evaluating possible pre-trial resolution options. A similar accommodation was made by the detention center in *U.S. v. Bundy*, et al, where the group was much larger. The defendants in this case seek the same ability to meet. The undersigned anticipates the detention center will cite to their policy that the defendants are not the same sex. However, the gender of the defendants should not overcome the Sixth Amendment safeguards to effective assistance of counsel.

Therefore, based upon the foregoing, this Motion requests this Honorable Court issue another Order directing the jail to allow *all four co-defendants* in this case to meet together at the

same time. Therefore, based upon the foregoing, the defendants respectfully request this Honorable Court issue the attached Order. [Ex. A].

DATED this 18th day of APRIL, 2019.

| | |
|---|---|
| /s/ | /s/ |
| LUCAS GAFFNEY, ESQ. | RICHARD TANASI, ESQ. |
| Counsel for Deft. REDMOND | Counsel for Deft. TUALAU |
| /s/ | /s/ |
| JOSHUA TOMSECK, ESQ. | JESS MARCHESE, ESQ. |
| Counsel for Deft. GOLDSBY | Counsel for Deft. MADRIGAL |

### CERTIFICATE OF ELECTRONIC SERVICE

The on the 18th day of APRIL, 2019, she served an electronic copy of the above and foregoing MOTION, by electronic service (ECF) to the person below:

Assistant United States Attorney
333 Las Vegas, Blvd. So., 5th Floor
Las Vegas, NV 89101

*/s/ Richard Tanasi*
An employee at TANASI LAW OFFICE

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDSBY, JASON; MADRIGAL, BONNIE; REDMOND, RUDY; TUALAU, KAILI<br><br>Defendant. | **CASE NO.: 2:16-cr-00294-JCM-VCF**<br><br>**ORDER PERMITTING**<br>**GROUP JAIL VISITS** |

Having reviewed Defendants' MOTION FOR ORDER PERMITTING GROUP JAIL VISITS, accordingly,

**IT IS ORDERED** that Defendants' Motion **[Doc. 177],** is hereby **GRANTED**. **IT IS FURTHER ORDERED** that the Nevada Southern Detention Center shall allow **Defendants JASON GOLDSBY, BONNIE MADRIGAL, RUDY REDMOND, and KAILI TUALAU,** to meet together with their attorneys and/or members of their defense team, including but not limited to, experts and investigators. The meetings shall take place ~~between~~ during normal attorney-visitation hours.

**IT IS SO ORDERED.**

DATED: April 22, 2019

_____
Cam Ferenbach
United States Magistrate Judge