**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
*Attorney for Defendant TUALAU*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDSBY, JASON; MADRIGAL, BONNIE; REDMOND, RUDY; TUALAU, KAILI<br><br>Defendant. | CASE NO.:   **2:16-cr-00294-JCM-VCF**<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO SUBMIT STIPULATION AND ORDER REGARDING LAW LIBRARY ACCESS [ECF 247]** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through NICHOLAS TRUTANICH, United States Attorney, and RICHARD LOPEZ, Assistant United States Attorneys, and Defendant, Defendant KAILI TUALAU, by and through his attorney, RICHARD E. TANASI, ESQ. that the deadline for the parties to submit a joint stipulation that contains a reasonable schedule and/or number of hours for defendant's access to the law library with access to a computer to prepare for his defense be extended seven (7) days.

DATED this 17TH day of SEPTEMBER, 2020.

*/s/*
_____
NICHOLAS TRUTANICH
RICHARD LOPEZ
Assistant United States Attorney

*/s/*
_____
RICHARD E. TANASI
Counsel for Defendant TUALAU

- 1-

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>GOLDSBY, JASON; MADRIGAL, BONNIE; REDMOND, RUDY; TUALAU, KAILI<br><br>       Defendant. | CASE NO.: **2:16-cr-00294-JCM-VCF** |

**ORDER**

IT IS THEREFORE ORDERED that the parties shall have to and including 9-24, 2020, to submit a joint stipulation that contains a reasonable schedule and/or number of hours for defendant's access to the law library with access to a computer to prepare for his defense be extended.

DATED this  17th  day of SEPTEMBER 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17TH day of September, 2020 the undersigned served the foregoing **STIPULATION AND ORDER** on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/
An employee of TANASI LAW OFFICES