**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
*Attorney for Defendant TUALAU*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>GOLDSBY, JASON; MADRIGAL, BONNIE; REDMOND, RUDY; TUALAU, KAILI<br><br>     Defendant. | CASE NO.:   **2:16-cr-00294-JCM-VCF**<br><br>**STIPULATION AND ORDER REGARDING LAW LIBRARY ACCESS [ECF 247]** |

   IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through NICHOLAS TRUTANICH, United States Attorney, and RICHARD LOPEZ, Assistant United States Attorneys, and Defendant, Defendant KAILI TUALAU, by and through his attorney, RICHARD E. TANASI, ESQ. that the parties agree to jointly request Mr. Tualau be granted three (3) hours per day access to the law library with access to a computer to prepare for his defense while in custody.  If the law library to which Mr. Tualau has access is not otherwise in use by other detainees after Mr. Tualau has exhausted his three hours during the day, the detention facility must reasonably provide Mr. Tualau with additional hours of access during that day.

   DATED this 24th day of September, 2020.

*/s/ Richard Lopez*                                                         */s/ Richard Tanasi*
_____                    _____

NICHOLAS TRUTANICH
RICHARD LOPEZ                                              RICHARD E. TANASI
Assistant United States Attorney                    Counsel for Defendant TUALAU

- 1-

TANASI LAW OFFICES
8716 Spanish Ridge Ave. Ste. 105
Las Vegas, Nevada 89148
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GOLDSBY, JASON; MADRIGAL, BONNIE; REDMOND, RUDY; TUALAU, KAILI<br><br>        Defendant. | CASE NO.: **2:16-cr-00294-JCM-VCF** |

## ORDER

IT IS THEREFORE ORDERED that, upon stipulation of the parties, Mr. Tualau must be granted three (3) hours per day access to the law library with access to a computer to prepare for his defense while in custody. If the law library to which Mr. Tualau has access is not otherwise in use by other detainees after Mr. Tualau has exhausted his three hours during the day, the detention facility must reasonably provide Mr. Tualau with additional hours of access during that day.

DATED this 28th day of September 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  24th  day of September, 2020 the undersigned served the foregoing **STIPULATION AND ORDER** on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/
An employee of TANASI LAW OFFICES

- 3-