NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JASON GOLDSBY and<br><br>KAILI TUALAU,<br><br>　　　　　Defendants. | Case No. 2:16-cr-294-JCM-VCF<br><br>**Stipulation to Extend Deadlines Regarding Defendant Goldsby and Tualau's Motions [ECF 258, 259]** |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, Joshua Tomsheck, Esq., counsel for Defendant Jason Goldsby, and Richard E. Tanasi, Esq., counsel for Defendant Kaili Tualau, that (1) the Government's deadline to respond to Defendants' motions filed at ECF 258 and ECF 259, currently set for October 27 and 28, 2020, respectively, be extended to November 13, 2020; and (2) Defendants' deadline to file any reply be extended to November 20, 2020.

This stipulation is entered into for the following reasons:

1. On October 13, 2020, Defendant Goldsby filed a motion to suppress (at ECF 258). Under Local Criminal Rule 12-1(a)(2), the Government's response to this motion would be due on or before October 27, 2020.

2. On October 14, 2020, Defendant Tualau filed a motion to release grand jury testimony (at ECF 259). Under Local Criminal Rule 12-1(a)(2), the Government's response to this motion would be due on or before October 28, 2020.

3. The parties request an extension of the briefing schedule so that the Government has adequate time to respond to the motions filed by Defendants Goldsby and Tualau.

4. This is the first request for an extension of time regarding the briefing schedule on these motions.

5. Because trial is scheduled for February 8, 2021, the granting of this stipulation will not affect the trial date.

6. Denial of this request for an extension could result in a miscarriage of justice.

DATED this 26th day of October, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Joshua Tomsheck, Esq.
JOSHUA TOMSHECK, ESQ.
Counsel for Defendant GOLDSBY

/s/ Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

/s/ Richard E. Tanasi, Esq.
RICHARD E. TANASI, ESQ.
Counsel for Defendant TUALAU

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-294-JCM-VCF |
| Plaintiff, | |
| v. | |
| JASON GOLDSBY and | |
| KAILI TUALAU, | |
| Defendants. | |

**[Proposed] Order Granting Stipulation to Extend Deadlines**

**Regarding Defendant Goldsby and Tualau's Motions**

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant Goldsby and Defendant Tualau's motions filed at ECF 258 and 259 be extended to November 13, 2020; and

IT IS FURTHER ORDERED that the deadline for any reply by Defendant Goldsby or Defendant Tualau be extended to November 20, 2020.

DATED this 26th day of October, 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE