NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-294-JCM-VCF |
| Plaintiff, | **Stipulation to Extend Deadlines Regarding Defendant Goldsby and Tualau's Motions (Second Request) [ECF 258, 259]** |
| v. | |
| JASON GOLDSBY and | |
| KAILI TUALAU, | |
| Defendants. | |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, Joshua Tomsheck, Esq., counsel for Defendant Jason Goldsby, and Richard E. Tanasi, Esq., counsel for Defendant Kaili Tualau, that (1) the Government's deadline to respond to Defendants' motions filed at ECF 258 and ECF 259, currently set for November 13, 2020, respectively, be extended to November 16, 2020; and (2) Defendants' deadline to file any reply be extended to November 23, 2020.

This stipulation is entered into for the following reasons:

1. On October 13, 2020, Defendant Goldsby filed a motion to suppress (at ECF 258). Under Local Criminal Rule 12-1(a)(2), the Government's response to this motion was originally due on or before October 27, 2020.

2. On October 14, 2020, Defendant Tualau filed a motion to release grand jury testimony (at ECF 259). Under Local Criminal Rule 12-1(a)(2), the Government's response to this motion was originally due on or before October 28, 2020.

3. On October 26, 2020, the parties submitted a stipulation, which the Court granted, extending the deadline to respond to both motions to November 13, 2020.

4. The parties request a further, short extension of the briefing schedule so that the Government has adequate time to respond to the motions filed by Defendants Goldsby and Tualau.

5. This is the second request for an extension of time regarding the briefing schedule on these motions.

6. Because trial is scheduled for February 8, 2021, the granting of this stipulation will not affect the trial date.

7. Denial of this request for an extension could result in a miscarriage of justice.

DATED this 13th day of November, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Joshua Tomsheck, Esq.*
JOSHUA TOMSHECK, ESQ.
Counsel for Defendant GOLDSBY

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

*/s/ Richard E. Tanasi, Esq.*
RICHARD E. TANASI, ESQ.
Counsel for Defendant TUALAU

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON GOLDSBY and<br><br>KAILI TUALAU,<br><br>　　　　Defendants. | Case No. 2:16-cr-294-JCM-VCF |

**[Proposed] Order Granting Stipulation to Extend Deadlines**

**Regarding Defendant Goldsby and Tualau's Motions**

Based on the pending stipulation of the parties, and good cause appearing, the stipulation is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant Goldsby and Defendant Tualau's motions filed at ECF 258 and 259 be extended to November 16, 2020; and

IT IS FURTHER ORDERED that the deadline for any reply by Defendant Goldsby or Defendant Tualau be extended to November 23, 2020.

DATED this 13th day of November, 2020.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE