```
LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone:  (702) 742-2055
Facsimile:  (702) 920-8838
lucas@gaffneylawlv.com
```
*Attorney for Rudy Redmond*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO: 2:16-CR-294-JCM-VCF |
| vs. | **STIPULATION AND ORDER REGARDING LAW LIBRARY ACCESS** |
| RUDY REDMOND, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through CHRISTOPHER CHIOU, Acting United States Attorney, and ANTHONY RICHARD LOPEZ, Assistant United States Attorney, and Defendant, RUDY REDMOND, by and through his attorney, LUCAS J. GAFFNEY, ESQ. that the parties agree to jointly request Mr. Redmond be granted one (1) hour per day access to the law library with access to a computer to prepare for his defense while in custody.  If the law library to which Mr. Redmond has access is not otherwise in use by other detainees after Mr. Redmond has exhausted his one hour during the day, the detention facility must reasonably provide Mr. Redmond with additional hours of access during that day.

DATED this 26th Day of August, 2021.          Respectfully submitted,

/s/ Lucas Gaffney                                  /s/ Anthony Lopez
LUCAS J. GAFFNEY, ESQ.                  CHRISTOPHER CHIOU
Attorney for Rudy Redmond                 ANTHONY RICHARD LOPEZ
                                                            Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: 2:16-CR-294-JCM-VCF |
| vs. | ) |
| RUDY REDMOND, | ) |
| Defendant. | ) |

## ORDER

IT IS THEREFORE ORDERED that, upon stipulation of the parties, Mr. Redmond must be granted one (1) hour per day access to the law library with access to a computer to prepare for his defense while in custody. If the law library to which Mr. Redmond has access is not otherwise in use by other detainees after Mr. Redmond has exhausted his one hour during the day, the detention facility must reasonably provide Mr. Redmond with additional hours of access during that day.

DATED this 26th Day of August, 2021.

IT IS HEREBY ORDERED that Motion for Additional Access to the Law Library and a Computer to Review Discovery (ECF No. 322) is DENIED as moot.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of August, 2021 the undersigned served the foregoing STIPULATION AND ORDER on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order

/s/   Lucas Gaffney, Esq.
Employee of GAFFNEY LAW